# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                          NO. 4:22-cr-00300-JM-09

JAMAL DANIELS                                                                              DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order (Doc. No. 1194) entered on September 9, 2024, is hereby corrected to reflect that Defendant's USM Number is 33316-510, not 00371-111.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 30th day of September, 2024.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE